

# COURT OF APPEALS

### SECOND DISTRICT OF TEXAS
### FORT WORTH

## NO. 02-15-00313-CV

| | | |
|---|---|---|
| RCC Heritage Glade, Ltd., RCP Heritage Glade, Ltd., and Richard A. Myers | § | From the 96th District Court |
| | § | of Tarrant County (096-259032-12) |
| v. | § | December 29, 2016 |
| Branch Banking & Trust Company | § | Opinion by Justice Sudderth |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was no error in the trial court's judgment. It is ordered that the judgment of the trial court is affirmed.

It is further ordered that appellants RCC Heritage Glade, Ltd., RCP Heritage Glade, Ltd., and Richard A. Myers shall pay all of the costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS

By /s/ Bonnie Sudderth
      Justice Bonnie Sudderth